# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1113
_____

United States of America

*Plaintiff - Appellee*

v.

Christopher John Egenberger

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: July 16, 2025
Filed: July 21, 2025
[Unpublished]
_____

Before SMITH, BENTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Christopher Egenberger appeals after the district court[1] revoked Egenberger's supervised release and imposed a sentence of 24 months in prison followed by 48

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

months of supervised release. Egenberger's counsel has moved to withdraw and has filed a brief challenging the sentence as substantively unreasonable.

After reviewing the record, we conclude the district court did not abuse its discretion in sentencing Egenberger. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (substantive reasonableness of revocation sentence reviewed under deferential abuse-of-discretion standard). There is no indication the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 922-24 (8th Cir. 2006) (reciting factors to discern whether revocation sentence is unreasonable).

Accordingly, we grant counsel leave to withdraw and affirm the judgment.

_____